IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WENDY GORE**                                                                      **PLAINTIFF**

**V.**                              **NO. 4:24-CV-27-DMB-DAS**

**STATE FARM FIRE AND**
**CASUALTY COMPANY; and**
**JOHN DOES A, B and C**                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the September 30 "Opinion and Order," given that the parties stipulated to the dismissal with prejudice of the remaining claim in this case,[1] judgment is entered in favor of State Farm Fire and Casualty Company.

**SO ORDERED**, this 16th day of October, 2025.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #74.